No. 75–6445. GOLDBACH *v.* McCARTHY, MEN'S COLONY SUPERINTENDENT;

No. 75–6448. FLETCHER *v.* SWEET, JUDGE; and

No. 75–6469. LEWIS *v.* WHITE, TRAINING CENTER SUPERINTENDENT. Motions for leave to file petitions for writs of habeas corpus denied.

No. 75–6220. PERRY *v.* UNITED STATES. Motion for leave to file petition for writ of mandamus denied.

No. 75–978. E. I. DU PONT DE NEMOURS & CO. ET AL. *v.* TRAIN, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL. C. A. 4th Cir. Certiorari granted. ▮

No. 75–1278. MT. HEALTHY CITY SCHOOL DISTRICT BOARD OF EDUCATION *v.* DOYLE. C. A. 6th Cir. Certiorari granted.

No. 75–1053. JONES, DIRECTOR, DEPARTMENT OF WEIGHTS AND MEASURES, RIVERSIDE COUNTY *v.* RATH PACKING CO. ET AL.; and JONES, DIRECTOR, DEPARTMENT OF WEIGHTS AND MEASURES, RIVERSIDE COUNTY *v.* GENERAL MILLS, INC., ET AL. Motion of California District Attorneys Assn. for leave to file a brief as *amicus curiae* granted. Application for recall and stay of mandates and stay of enforcement of judgments of the United States Court of Appeals for the Ninth Circuit, presented to MR. JUSTICE REHNQUIST, and by him referred to the Court, denied. Certiorari granted. The Solicitor General is invited to file a brief in this case expressing the views of the United States.